S. FEY EPLING (SBN #190025)
fey.epling@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:   (415) 591-7500
Facsimile:    (415) 591-7510

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRIEGER, LTD. SRL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DESIGN WITHIN REACH, INC.,<br><br>　　　　Defendant.<br>―――――――――――――――――<br>DESIGN WITHIN REACH, INC.,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>KRIEGER, LTD. SRL,<br><br>　　　　Counterdefendant. | Case No. 3:08-CV-04706-BZ<br><br>**DEFENDANT AND COUNTERCLAIMANT, DESIGN WITHIN REACH, INC.'S REQUEST FOR SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER** |

///

///

///

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

REQUEST FOR SUBSTITUTION OF COUNSEL;
[PROPOSED] ORDER
SF01/641243.1

CASE NO. 3:08-CV-04706-BZ

1     DESIGN WITHIN REACH, INC. ("DWR") desires to substitute Drinker Biddle & Reath LLP ("Drinker") as their counsel of record in place of Latham & Watkins LLP ("Latham"). S. Fey Epling, an attorney with Drinker, has agreed to represent DWR in this matter. Ms. Epling is an attorney licensed to practice before this Court, whose business address is:

Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510 and

Latham consents to this substitution..

THEREFORE, DWR respectfully requests that this Court enter an Order substituting Drinker as DWR's counsel of record in place of Latham the above-captioned matter.

Dated: June 22, 2009      DRINKER BIDDLE & REATH LLP

By: /s/ S. Fey Epling
    S. Fey Epling

Dated: June ____, 2009      LATHAM & WATKINS LLP

By: _____
    Kenneth M. Fitzgerald
    Christopher Aaron Rheinheimer

Attorneys for Defendant and Counterclaimant
DESIGN WITHIN REACH, INC.

Dated: June ____, 2009      DESIGN WITHIN REACH, INC.

By: _____

1  DESIGN WITHIN REACH, INC. ("DWR") desires to substitute Drinker Biddle & Reath
2  LLP ("Drinker") as their counsel of record in place of Latham & Watkins LLP ("Latham").
3  S. Fey Epling, an attorney with Drinker, has agreed to represent DWR in this matter. Ms. Epling
4  is an attorney licensed to practice before this Court, whose business address is:

5     Drinker Biddle & Reath LLP
6     50 Fremont Street, 20th Floor
   San Francisco, CA 94105
7     Telephone: (415) 591-7500
   Facsimile: (415) 591-7510 and
8
   Latham consents to this substitution..
9
   THEREFORE, DWR respectfully requests that this Court enter an Order substituting
10
Drinker as DWR's counsel of record in place of Latham the above-captioned matter.
11

12  Dated: June _____, 2009                 DRINKER BIDDLE & REATH LLP

13

14                                          By:_____
15                                              S. Fey Epling
16  Dated: June 22, 2009                  LATHAM & WATKINS LLP

17

18                                            By: /s/
                                            Kenneth M. Fitzgerald
19                                              Christopher Aaron Rheinheimer

20                                              Attorneys for Defendant and Counterclaimant
                                            DESIGN WITHIN REACH, INC.
21  Dated: June _____, 2009                 DESIGN WITHIN REACH, INC.

22

23                                              By:_____

24
25
26
27
28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

REQUEST FOR SUBSTITUTION OF COUNSEL;
[PROPOSED] ORDER                 - 2 -                 CASE NO. 3:08-CV-04706-BZ

1   DESIGN WITHIN REACH, INC. ("DWR") desires to substitute Drinker Biddle & Reath
2   LLP ("Drinker") as their counsel of record in place of Latham & Watkins LLP ("Latham").
3   S. Fey Epling, an attorney with Drinker, has agreed to represent DWR in this matter. Ms. Epling
4   is an attorney licensed to practice before this Court, whose business address is:

5   Drinker Biddle & Reath LLP
    50 Fremont Street, 20th Floor
6   San Francisco, CA 94105
    Telephone: (415) 591-7500
7   Facsimile: (415) 591-7510 and

8   Latham consents to this substitution.

9   THEREFORE, DWR respectfully requests that this Court enter an Order substituting
10  Drinker as DWR's counsel of record in place of Latham the above-captioned matter.

11

12  Dated: June ____, 2009                           DRINKER BIDDLE & REATH LLP

13

14                                                   By: _____
                                                         S. Fey Epling
15
16  Dated: June ____, 2009                           LATHAM & WATKINS LLP

17
                                                     By: _____
18                                                       Kenneth M. Fitzgerald
                                                         Christopher Aaron Rheinheimer
19
                                                     Attorneys for Defendant and Counterclaimant
20                                                   DESIGN WITHIN REACH, INC.

21  Dated: June 22, 2009                             DESIGN WITHIN REACH, INC.

22

23                                                   By: _____

24

25

26

27

28

DRINKER BIDDLE &    REQUEST FOR SUBSTITUTION OF COUNSEL;     - 2 -              CASE NO. 3:08-CV-04706-BZ
REATH LLP           [PROPOSED] ORDER
ATTORNEYS AT LAW

## ORDER

Pursuant to Defendant and Counterclaimant's request for substitution of attorneys and good cause appearing therefor, it is hereby ordered that Drinker Biddle & Reath LLP be substituted as counsel of record for Defendant and Counterclaimant in place of Latham & Watkins LLP.

S. Fey Epling shall serve as lead counsel for Defendant and Counterclaimant in this action, and Kenneth M. Fitzgerald and Christopher Aaron Rheinheimer shall be removed.

**IT IS SO ORDERED.**

Dated: June 24, 2009

By: *[signature]*
Honorable Bernard Zimmerman
United States Magistrate Judge

Drinker Biddle & Reath LLP
Attorneys At Law
San Francisco

REQUEST FOR SUBSTITUTION OF COUNSEL;
[PROPOSED] ORDER

- 3 -

Case No. 3:08-CV-04706-BZ