Reset Form

**United States District Court**

**For the Northern District of California**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

KRIEGER, LTD. SRL.

Plaintiff(s),
v.
DESIGN WITHIN REACH, INC.

Defendant(s).

CASE NO. 3:08-CV-04706-BZ

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

David J. Moorhead , an active member in good standing of the bar of The Supreme Court of Illinois whose business address and telephone number (particular court to which applicant is admitted) is Drinker Biddle & Reath, LLP, 191 North Wacker Drive, Chicago, Illinois 60606, 569-1000

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Design Within Reach, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 25, 2009

United States Magistrate Judge



IT IS SO ORDERED
Judge Bernard Zimmerman

COPY