UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRIEGER, LTD. SRL,                )
                                  )
            Plaintiff,            )    No. C08-4706 BZ
                                  )
     v.                           )
                                  )    **ORDER CONTINUING**
DESIGN WITHIN REACH, INC.,        )    **PRETRIAL CONFERENCE**
                                  )
            Defendant.            )
_____)

**IT IS HEREBY ORDERED** that the pretrial conference in Krieger, Ltd. SRL v. Design Within Reach, Inc. is **continued** from October 13, 2009 to **October 20, 2009 at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  All other dates in the Pretrial Scheduling Order remain the same.

Dated:   August 6, 2009

                              _____
                                     Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\KRIEGER V. DESIGN WITHIN REACH\ORDER CONTINUING PRETRIAL CONF.wpd

1