UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRIEGER, LTD. SRL,)
)
        Plaintiff,  ) No. C08-4706 BZ
)
   v.  ) **REVISED ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS**
)
DESIGN WITHIN REACH, INC.,)
)
        Defendant.  )

    Having read Design Within Reach, Inc.'s motion for administrative relief regarding the case schedule in this action and Krieger's opposition**, IT IS HEREBY ORDERED** that the previous Order Scheduling Jury Trial And Pretrial Matters is modified as follows:

Trial Date: **Tuesday, February 16, 2010, 7 days**

Pretrial Conference: **Tuesday, 01/26/2010, 4:00 p.m.**

Last Day to Hear Dispositive Motions: **Wednesday, 12/16/2009**

Last Day for Expert Discovery: **Friday, 11/06/2009**

Last Day for Rebuttal Expert Disclosure: **Friday, 10/30/2009**

Last Day for Expert Disclosure: **Friday, 10/23/2009**

Close of Non-expert Discovery: **Friday, 10/16/2009**

1

1 | The Court is troubled by a number of issues presented by
2 | the papers.  First, planning to take a substantial amount of
3 | discovery shortly before the discovery cutoff is a recipe for
4 | disaster.  Second, if scheduling issues arise and the parties
5 | cannot resolve them, the remedy is to request a telephone
6 | conference with the Court pursuant to paragraph 2 of the
7 | Pretrial Scheduling Order, not to seek a trial continuance or
8 | request a case management conference.
9 | **IT IS THEREFORE ORDERED** that counsel for the parties
10 | shall meet and confer by **September 4, 2009** and develop a
11 | schedule for completing discovery within the new discovery
12 | cutoffs.
13 | Dated:  August 28, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KRIEGER V. DESIGN WITHIN REACH\ORD MODIFYING SCHED ORDER.wpd