UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIEGER, LTD. SRL,<br><br>         Plaintiff,<br><br>    v.<br><br>DESIGN WITHIN REACH, INC.,<br><br>         Defendant. | No. C08-4706 BZ<br><br>**SECOND REVISED ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS** |

    Pursuant to a telephonic conference call where all parties were represented by counsel**, IT IS HEREBY ORDERED** that the previous Revised Order Scheduling Jury Trial And Pretrial Matters is modified as follows:

Trial Date: **Monday, 05/03/2010, 7 days**

Pretrial Conference: **Tuesday, 04/13/2010, 4:00 p.m.**

Last Day to Hear Dispositive Motions: **Wednesday, 03/03/2010**

Last Day for Expert Discovery: **Wednesday, 01/20/2010**

Last Day for Rebuttal Expert Disclosure: **Friday, 01/08/2010**

//

//

//

1

Last Day for Expert Disclosure: **Wednesday, 12/23/2009**

Close of Non-expert Discovery: **Monday, 12/14/2009**

Dated:   September 11, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KRIEGER V. DESIGN WITHIN REACH\SECOND ORD MODIFYING SCHED ORDER.wpd